AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia


SEALED

| United States of America | )  |
|---|---|
| v. | ) |
| MAURICE LAVELLE MILLER, JR. | ) Case No. 3:19-CR-00155 |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| Defendant | ) |

REC'D USMS HUNTINGTON, WV
NOV 30 2022 PM 4:03

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MAURICE LAVELLE MILLER, JR.                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Violation of conditions of supervised release; see attached.

Date:   11/30/2022

*Issuing officer's signature*

City and state:  Huntington, WV

Rory L. Perry II, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*

PROB 12C
(7/93)



## United States District Court
### for the
### Southern District of West Virginia
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Maurice Lavelle Miller, Jr.  Case Number: 3:19CR00155

Sentencing Judge: The Honorable Robert C. Chambers, United States District Judge

Date of Original Sentence: October 12, 2021

Original Offense: 21 U.S.C. § 841(a)(1), Distribution of Heroin

Original Sentence: 7 months of incarceration, followed by 3 years of supervised release

Type of Supervision: Supervised Release   Date Supervision Commenced: December 17, 2021

Asst. U.S. Attorney: Ryan A. Keefe   Defense Attorney: David R. Bungard

---

### PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of mandatory condition number one: You must not commit another federal, state or local crime:** |

On June 3, 2022, Mr. Miller entered a Kennedy Plea in the Circuit Court of Cabell County, West Virginia, to attempt to commit a felony, Case No: 18-F-38. The conduct states that on or about October 5, 2017, the defendant committed the offense of possession with intent to deliver a controlled substance. It is noted the defendant was not on supervised release during the commission of this crime. However, on September 28, 2022, the defendant was sentenced to not less than one year nor more than three years of custody in the West Virginia Division of Corrections. Mr. Miller failed to self-report on September 28, 2022, and a warrant was filed in the Circuit Court of Cabell County, West Virginia, for failure to appear.

On November 5, 2022, Mr. Miller received a citation from members of the Gahanna, Ohio, Police Department. Mr. Miller was charged with driving on a suspended license, no operators, false information to an officer, and failure to

Prob 12C  
Re: Maurice Lavelle Miller, Jr.  
DOCKET NO. 3:19CR00155

Petition for Warrant or Summons  
For Offender Under Supervision

control. These charges are pending in the Franklin County, Ohio, Municipal Court.

2. **Violation of standard condition number two: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed:**

On October 29, 2022, and November 1, 2022, the supervising officer attempted to conduct a home contact. No one answered the door, and a card was left instructing the defendant to contact his supervising officer. Additionally, a certified appointment letter was sent to Mr. Miller's residence of record instructing him to report to the supervising officer on November 3, 2022, by 11:00 a.m. Mr. Miller has not contacted or reported to the supervising officer. As of the date of this report, his current whereabouts are unknown.

U.S. Probation Officer Recommendation:

The term of supervision should be:

- ☒ Revoked
- ☐ Extended for ___ year(s), for a total term of ___ years.
- ☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Jeffrey D. Bella  
United States Probation Officer  
November 29, 2022

Prob 12C
Re: Maurice Lavelle Miller, Jr.
DOCKET NO. 3:19CR00155

Petition for Warrant or Summons
For Offender Under Supervision

THE PROBATION OFFICER RESPECTFULLY REQUESTS THE PETITION AND WARRANT BE SEALED PENDING EXECUTION.

THE COURT ORDERS

☐ No Action
☐ The Issuance of a Warrant
☒ The Issuance of a Warrant. The Petition and Warrant be SEALED until the defendant is arrested. No further order shall be needed to unseal same once the offender has been arrested. A copy of this Order to be sent to the U.S. Probation Office, U.S. Attorney's Office, and the U.S. Marshals Service.
☐ The Issuance of a Summons
☐ Other

The Honorable Robert C. Chambers
United States District Judge

Date 11/30/22

A TRUE COPY CERTIFIED ON
NOV 30 2022
RORY L. PERRY, CLERK
U.S. District Court
Southern District of West Virginia
By _____ Deputy